# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CARLOS TRAVERZO & COREEN L. TRAVERZO           Case Number: 04-73189
54 WILSHIRE BOULEVARD                SSN-xxx-xx-2849 & xxx-xx-1213
MACHESNEY PARK, IL  61115

Case filed on: 6/22/2004
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $62,564.25                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 31,017.81 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 31,017.81 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CARLOS TRAVERZO | 0.00 | 0.00 | 73.72 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 73.72 | 0.00 |
| 001 | FURNITURE ROW | 500.00 | 500.00 | 500.00 | 64.69 |
| 003 | COUNTRYWIDE HOME LOANS INC | 1,606.21 | 1,606.21 | 1,606.21 | 0.00 |
| 004 | WFS FINANCIAL | 11,425.00 | 11,425.00 | 11,425.00 | 970.77 |
|  | Total Secured | 13,531.21 | 13,531.21 | 13,531.21 | 1,035.46 |
| 001 | FURNITURE ROW | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WFS FINANCIAL | 4,595.63 | 4,595.63 | 4,595.63 | 0.00 |
| 005 | BETTER HOME & GARDENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FACTORY CARD OUTLET | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FEATHERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIGI'S INC | 96.42 | 96.42 | 96.42 | 0.00 |
| 010 | HULSEBUS CHIROPRACTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTEGRATED HOMECARE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCK VALLEY FEDERAL CREDIT UNION | 4,378.03 | 4,378.03 | 4,378.03 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 2,149.11 | 2,149.11 | 2,149.11 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 182.48 | 182.48 | 182.48 | 0.00 |
| 018 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | VERIZON WIRELESS - GREAT LAKES | 814.10 | 814.10 | 814.10 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 179.12 | 179.12 | 179.12 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,394.89 | 12,394.89 | 12,394.89 | 0.00 |
|  | Grand Total: | 28,526.10 | 28,526.10 | 59,617.63 | 1,035.46 |

Total Paid Claimant:     $60,653.09
Trustee Allowance:       $1,911.16       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00       discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008              By  /s/Heather M. Fagan